

Alexander Karasik                                   Yelena Kozlova

January 20, 2020

**VIA ECF**
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
Attn: Honorable Judge Vincent L. Briccetti

    *Re:    Levantsevich v. Hernandez*
          *Case No: 7:19-cv-08670-VB*

Dear Honorable Judge Vincent L. Briccetti:

    Our firm is counsel to Plaintiff in the subject matter and this Joint Letter is being filed in compliance with the orders of this Court dated December 9, 2019 and January 15, 2020. I have conferred with opposing counsel, Steven Weissler, on the Defendant's position concerning referring this matter to a magistrate for all purposes and was informed that the Defendant does not agree to have this matter referred to a magistrate for resolution. Mr. Weissler, who is away on vacation, has authorized me to file this Joint Letter on his behalf. I believe this decision was also reflected in Paragraph 1 of the Civil Case Discovery Plan and Scheduling Order which was filed on December 9, 2019.

                      Sincerely,

                      Karasik Law Group, PC

                      */s/ Alexander Karasik*
                      _____
                      Alexander Karasik, Esq.

cc:    Longo & S'Apice, Esqs.
        Steven Weissler, Esq. (via ECF)

www.karasiklawyers.com    alex@karasiklawyers.com

**1810 Voorhies Ave, 3rd Floor, Suite 9, Brooklyn, NY 11235**    ☑ Reply to Brooklyn Office    **tel 718-502-9112  fax 718-228-7699**
65 Broadway, Suite 733, New York, NY 10006                                                                        tel 212.430.6556  fax 718-228-7699