```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MAXIM LEVANTSEVICH,                          :
                        Plaintiff,           :
                                             :   ORDER
v.                                           :
                                             :   19 CV 8670 (VB)
MARCO HERNANDEZ,                             :
                        Defendant.           :
--------------------------------------------------------------x
```

The Court conducted a case management conference today, at which counsel for both parties appeared by telephone.

Accordingly, it is HEREBY ORDERED:

1. The deadline for the completion of all discovery is extended to <u>August 31, 2020</u>, to allow the parties to complete plaintiff's deposition and independent medical examination.

2. Pursuant to the parties' stipulation at today's conference, plaintiff's deposition shall be conducted by remote means in accordance with Fed. R. Civ. P. 30(b)(4).

3. The next case management conference is scheduled for <u>September 9, 2020, at 3:00 p.m.</u>  Counsel shall attend the case management conference by calling the following number and entering the access code when requested:

   **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

   **Access Code:**     **1703567**

Dated: June 18, 2020
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge