UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MAXIM LEVANTSEVICH,                     :
                Plaintiff,         :
v.                                       :        **ORDER OF DISMISSAL**

MARCO HERNANDEZ,                        :        19 CV 8670 (VB)
                Defendant.        :
-------------------------------------------------------------x

    The Court has been advised that the parties have settled this case. Accordingly, it is

hereby ORDERED that this action is dismissed without costs, and without prejudice to the right

to restore the action to the Court's calendar, provided the application to restore the action is

made by no later than October 13, 2020. To be clear, any application to restore the action must

be filed by October 13, 2020, and any application to restore the action filed thereafter may be

denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are

cancelled. Any pending motions are moot.

Dated: September 10, 2020
       White Plains, NY

                         SO ORDERED:

                         Vincent L. Briccetti
                         United States District Judge